IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SABRINA WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE AUTO PROPERTY AND | : | NO. 08-4983 |
| CASUALTY INSURANCE COMPANY | : | |

ORDER

AND NOW, this 24th day of April 2009, upon consideration of third party defendant Pennsylvania Financial Responsibility Assigned Claims Plan's motion to remand, dismiss or stay plaintiff's complaint requesting declaratory judgment and the third-party complaint of defendant State Auto Property and Casualty Insurance Company, defendant State Auto's response thereto, and third party defendant Eugene Catchings' motion to dismiss plaintiff's complaint and third party complaint and join in third party defendant the Plan's motion and defendant State Auto's response thereto, and following oral argument third party defendants' motion to remand is GRANTED.  This case is hereby REMANDED to the Court of Common Pleas of Philadelphia County.  Third party defendants' motions to dismiss and stay the complaints are denied as moot.  The Clerk of Court is directed to close this case statistically.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR.